```
                                        FILED
                                 U.S. DISTRICT COURT
                                EASTERN DISTRICT OF LA

                                 2004 JAN 13  PM 3: 45

                                  LORETTA G. WHYTE
                                        CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PIAZZA D'ITALIA HOTEL ASSOCIATES, L.L.C. and DARRYL BERGER COMPANIES, INC. | * * * * | CIVIL ACTION NO. 02-2247 |
| Plaintiffs, | * * | SECTION B(5) |
| VERSUS | * * | JUDGE LEMELLE |
| STARWOOD HOTELS AND RESORTS WORLDWIDE, INC. | * * * | MAGISTRATE CHASEZ |
| Defendants, | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO CORRECT CLERICAL ERROR

On January 12, 2004, the plaintiffs filed a Notice of Deposition of Barry Sternlicht. This pleading was inadvertently titled "Second Notice of Deposition of Berry Sternlicht" when it was in fact the first filed notice of Mr. Sternlicht's deposition. Plaintiffs therefore seek to file the attached Notice of Deposition, which is identical to the Second Notice of Deposition filed on January 12, 2004 except that the typographical error in the title has been corrected.

DATE OF ENTRY

JAN 2 0 2004

- 1 -

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._53_

704759/1

- 2 -

Accordingly, the plaintiffs move for leave to file the attached Notice of Deposition of Barry Sternlicht, and to substitute it for the "Second Notice of Deposition of Barry Sternlicht" filed on January 12, 2004.

Respectfully submitted,

/s/ Phillip A. Wittmann
Phillip A. Wittmann, #13625
Rachel W. Wisdom, #21167
Walter F. Wolf, III, #21953
   Of
STONE PIGMAN WALTHER
   WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200

Attorneys for Piazza D'Italia Hotel
Associates, L.L.C. and Darryl Berger
Companies, Inc.

704759/1

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Motion to Correct Clerical Error has been served upon all counsel of record by facsimile transmission and/or by placing same in the United States, this 13th day of January, 2004.

*[signature]*

704759/1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PIAZZA D'ITALIA HOTEL ASSOCIATES, L.L.C. and DARRYL BERGER COMPANIES, INC. | * * * * | CIVIL ACTION NO. 02-2247 |
| Plaintiffs, | * * | SECTION B(5) |
| VERSUS | * * | JUDGE LEMELLE |
| STARWOOD HOTELS AND RESORTS WORLDWIDE, INC. | * * * | MAGISTRATE CHASEZ |
| Defendants, | * * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Plaintiffs' Motion to Substitute Corrected Notice of Deposition for Barry Sternlicht;

**IT IS ORDERED** that the Plaintiffs' Motion to Substitute Corrected Notice of Deposition for Barry Sternlicht and Proposed Order is **GRANTED;**

- 1 -

704759/1

**IT IS FURTHER ORDERED** that the corrected Motion to Substitute Corrected Notice of Deposition for Barry Sternlicht be substituted for the earlier Second Notice of Deposition of Barry Sternlicht and proposed Order by the plaintiffs on January 12, 2004.

New Orleans, Louisiana, this 14th day of January 2004.

_____
JUDGE