

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PIAZZA D'ITALIA HOTEL ASSOCIATES, L.L.C. and DARRYL BERGER COMPANIES, INC., <br> Plaintiffs <br><br> v. <br><br> STARWOOD HOTELS & RESORTS WORLDWIDE, INC., <br> Defendant | § § § § § § § § § § § | CIVIL ACTION NO. 02-2247 <br><br> LORETTA G. WHYTE <br> CLERK <br><br> SECTION B (5) <br><br> JUDGE LEMELLE <br><br> MAGISTRATE CHASEZ |

## MOTION FOR EXPEDITED HEARING

Defendant, Starwood Hotels & Resorts Worldwide, Inc. ("Starwood"), moves for an expedited hearing of its attached Motion to Quash the deposition of Barry Sternlicht. As grounds for this motion Starwood shows that:

1. Starwood requests a hearing of its motion before Magistrate Judge Alma Chasez on February 4, 2004 at 11:00 a.m., at which time a discovery motion filed by the plaintiffs regarding, among other things, the scheduling of Mr. Sternlicht's deposition, is scheduled to be heard. Setting Starwood's Motion to Quash on the same date as plaintiffs' motion will result in judicial economy.

2. Additional grounds for this motion are set forth in Starwood's Motion to Quash and Incorporated Memorandum in Support thereof.

        Respectfully submitted,

        CHAMBERLAIN, HRDLICKA, WHITE
         WILLIAMS & MARTIN
        WILLIAM S. HELFAND, T.A.
        SBOT: #09388250
        Federal ID: 8791
        1200 Smith Street, Suite 1400
        Houston, Texas 77002
        (713) 654-9630





(713) 658-2553 (Fax)

- and -

_____
Robert S. Rooth
Chaffe, McCall, Phillips, Toler & Sarpy, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
(504) 585-7000
(504) 585-7075 (fax)

Attorneys for Defendant,
STARWOOD HOTELS AND RESORTS
WORLDWIDE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion For Expedited Hearing, and the attached Motion to Quash and incorporated memorandum in support thereof have been served upon plaintiffs, by hand delivery to plaintiffs' counsel of record on this 26th day of January, 2004.

_____
Robert S. Rooth

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PIAZZA D'ITALIA HOTEL ASSOCIATES, L.L.C. and DARRYL BERGER COMPANIES, INC., Plaintiffs | § § § § § | CIVIL ACTION NO. 02-2247 |
| | § | SECTION B (5) |
| v. | § § | |
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC., | § § | JUDGE LEMELLE |
| Defendant | § | MAGISTRATE CHASEZ |

## ORDER GRANTING DEFENDANT'S MOTION FOR EXPEDITED HEARING

Defendant's Motion for Expedited Hearing of its Motion to Quash the deposition of Barry Sternlicht is **GRANTED**. It is therefore;

**ORDERED** that the Motion to Quash filed by Starwood Hotels and Resorts Worldwide, Inc. be and it shall be heard on February 4, 2004 at 11:00 A.M., before this Court.

New Orleans, Louisiana, this 26 day of January, 2004.

*(signature)*
**ALMA CHASEZ**
**UNITED STATES MAGISTRATE JUDGE**