FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 14  AM 11: 07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PIAZZA D'ITALIA HOTEL ASSOCIATES, ET AL.**      **CIVIL ACTION**
                                                  **NO. 02-2247**
**VERSUS**                                        **SECTION B(5)**

**STARWOOD HOTELS & RESORTS WORLDWIDE, INC.**

### ORDER

The Court has been notified via phone and fax that the pending Motion to Enforce Settlement Agreement has been resolved by the parties. Accordingly,

**IT IS ORDERED** that the Motion to Enforce Settlement Agreement (Rec. Doc. No. 312) in the above captioned action is hereby **DISMISSED** as moot.

_____
UNITED STATES DISTRICT JUDGE

12/13/05

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____