

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC 19 AM 10: 20
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PIAZZA D'ITALIA HOTEL ASSOCIATES, L.L.C., DARYL BERGER COMPANIES, INC., AND DARRYL BERGER INVESTMENT CORPORATION<br>  Plaintiffs | * * * * * * | CIVIL ACTION NO. 02-2247<br><br>SECTION "B" |
| vs. | * * | |
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC.,<br>  Defendant | * * * * * | MAGISTRATE (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SATISFACTION OF JUDGMENT

| | |
|---|---|
| STATE OF LOUISIANA * | |
|          * | KNOW ALL MEN BY THESE PRESENTS: |
| ORLEANS PARISH   * | |

WHEREAS, on August 31, 2004, plaintiffs Piazza D'Italia Hotel Associates, L.L.C., Darryl Berger Companies, Inc. (now McCall Creek Development Corporation) and Darryl Berger Investment Corporation obtained a Judgment against Starwood Hotels and Resorts Worldwide, Inc., in the United States District Court for the Eastern District of Louisiana, under

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

788219v.3

Cause No. 02-2247, which provided for payment of actual damages, pre-judgment interest, post-judgment interest, plus taxable court costs; and

WHEREAS, the parties to the afore-mentioned judgment have settled, satisfied, and resolved all matters relating to the judgment;

NOW, THEREFORE, LET ALL KNOW BY THESE PRESENTS that Piazza D'Italia Hotel Associates, L.L.C., Darryl Berger Companies, Inc.(now McCall Creek Development Corporation), and Darryl Berger Investment Corporation hereby forever release and discharge Starwood Hotels and Resorts Worldwide, Inc. from all claims heretofore existing by reason of the trial court judgment and acknowledge that the judgment in the above-entitled and numbered cause has been fully satisfied.

IN WITNESS WHEREOF, Piazza D'Italia Hotel Associates, L.L.C., Darryl Berger Companies, Inc.(now McCall Creek Development Corporation), and Darryl Berger Investment Corporation have executed this Satisfaction of Judgment on this 16th day of December, 2005.

PIAZZA D'ITALIA HOTEL ASSOCIATES, L.L.C.
By: Berger Management Corporation
By: /s/ Darryl Berger, President
Darryl Berger, President
Title: President

DARRYL BERGER INVESTMENT CORPORATION
By: /s/ Darryl Berger
Darryl Berger
Title: President

788219v.3

DARRYL BERGER COMPANIES, INC.(now McCall Creek Development Corporation)

By: _Darryl Berger_ (signature)

Title: President

STATE OF LOUISIANA               §
                                 §
ORLEANS PARISH                   §

    BEFORE ME, the undersigned Notary Public, on this day personally appeared Darryl Berger, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged that he executed the foregoing SATISFACTION OF JUDGMENT on behalf of Piazza D'Italia Hotel Associates, L.L.C. and Darryl Berger Investment Corporation for the purpose therein expressed.

    SUBSCRIBED and SWORN TO on this _16th_ day of _December_, 2005, to which witness my hand and seal of office.


_____
Notary Public
In and for the State of Louisiana
My commission expires: At my death

La. State Bar No. _2095_

**Michael R. Schneider**
**State of Louisiana - Bar No. 2095**
**My commission is issued for life**

4

788219v.3